

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00860-CV

Henry Gilbert **AYALA** and Chesapeake Exploration, LLC,
Appellants

v.

Natividad A. **SOTO**,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-03-00037-CVL
Honorable Fred Shannon, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court order granting summary judgment in favor of Natividad A. Soto is REVERSED; it is RENDERED that Natividad A. Soto take nothing against Chesapeake Exploration, LLC, and this cause is REMANDED to trial court for further proceedings consistent with this opinion. Costs of appeal are taxed against Appellee Natividad A. Soto.

SIGNED April 23, 2014.

_Karen Angelini_
Karen Angelini, Justice